# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ROBERT DEEMER

NO. 2022 KW 0212

MARCH 4, 2021

---

In Re: Robert Deemer, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 02-10-2019.

---

**BEFORE: GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a complete copy of the transcript of the motion to suppress hearing, the bill of information, the motion to suppress, and any other portion of the district court record that may support the claim in the writ application.

**JMG**
**GH**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT